(*Holtzoff* v. *Dodge & Olcott Co.*, 134 App. Div. 353.) With these proofs before it, there was no basis upon which it can be claimed that the court exercised discretion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

FLORENCE HAASE, Respondent, v. NEW YORK HERALD COMPANY, Appellant. (Action No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Haase* v. *New York Herald Co.*, *No. 1* (*ante*, p. 908), decided herewith. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

JOSEPH JABLOUSKI, an Infant, by ALEXANDER JABLOUSKI, His Guardian ad Litem, Appellant, v. OBERMEYER & LIEBMANN, Respondent.— Judgment unanimously affirmed, with costs, on the ground that there is no evidence of the defendant's negligence. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ALEXANDER JABLOUSKI, Appellant, v. OBERMEYER & LIEBMANN, Respondent.— Judgment unanimously affirmed, with costs, on the ground that there is no evidence of the defendant's negligence. Present — Blackmar, P. J., Mills, Putnam,. Kelly and Jaycox, JJ.

HOWARD S. KEEP, Respondent, v. PACIFIC DEVELOPMENT CORPORATION and SOUTH SEAS PACIFIC COMPANY, INC., Appellants. (Appeal No. 1.) — Order reversed, without costs, and new trial granted, on the ground that the parties are entitled to have a decision upon the equitable cause of action. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

HOWARD S. KEEP, Respondent, v. PACIFIC DEVELOPMENT CORPORATION and SOUTH SEAS PACIFIC COMPANY, INC., Appellants. (Appeal No. 2.) — Appeal dismissed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

BERTRAM LEADLIE, an Infant, by AGNES LEADLIE, His Guardian ad Litem, Respondent, v. HUGH O'NEILL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THOMAS A. MCKENNELL, Respondent, v. ERIE RAILROAD COMPANY, Defendant, Impleaded with DIRECTOR-GENERAL OF RAILROADS and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HERMANN MEYER, Respondent, v. MAX SEIDEL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

CORA NEELY, Respondent, v. NATHANIEL J. NEELY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

WILLIAM POWERS, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the evidence, and the. findings of fact implied in the verdict of the jury that the defendant was negligent and the plaintiff